OPINION — AG — ** PUBLIC EMPLOYEES RETIREMENT ** A RETIRANT UNDER THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM WHO IS ELECTED TO A DISTRICT OR ASSOCIATE DISTRICT JUDGESHIP WOULD NOT CAUSE THE JUDICIAL DEPARTMENT TO REQUIRED TO CONTRIBUTE TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, AS PROVIDED BY 74 O.S. 1974 Supp., 914 [74-914](4) CITE: OPINION NO. 74-234, OPINION 74-120, 20 O.S. 1971 1101 [20-1101], 20 O.S. 1971 1102 [20-1102] (JAMES H. GRAY)